

**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600     FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ERIC TUNIS
(732) 476-2676 - DIRECT DIAL
(732) 476-2677 - DIRECT FAX
ETUNIS@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

November 1, 2012

RECEIVED
NOV - 8 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

The Honorable Tonnianne J. Bongiovanni
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   **Fameco Real Estate, L.P. v. Tyler Bennett and Daniel Spector
      Civil Action No. 12-06102**

Dear Judge Bongiovanni:

The parties to the above action have agreed to file their respective motion papers by November 9, 2012 with a return date of December 3.

Respectfully submitted,

Eric Tunis

cc:   Matthew Blaine, Esq.

So Ordered this 7 day of November, 2012