**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Eric Tunis, Esq.
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ  07095-0988
Tel:  (732) 549-5600
Fax:  (732) 549-1881
Attorneys for Plaintiff, Fameco Real
Estate, L.P.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAMECO REAL ESTATE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TYLER BENNETT, DANIEL SPECTOR, WINICK REALTY GROUP LLC, and WINICK REALTY GROUP LLC NJ <br><br> Defendants. | Civil Action No. 3:12-cv-06102 (JAP)(TJB) <br><br><br><br> **ORDER GRANTING PLAINTIFF TO CONDUCT EXPEDITED DISCOVERY** |

**THIS MATTER** having been opened to the Court by motion of Greenbaum, Rowe, Smith & Davis LLP (Eric Tunis, Esq. appearing), counsel to plaintiff Fameco Real Estate, L.P. ("Fameco"), on notice to Lomurro, Davison, Eastman and Munoz, P.A. (Matthew K. Blaine, Esq. appearing), counsel to defendants Tyler Bennett ("Bennett") and Daniel Spector ("Spector") for the entry of an Order, pursuant to Fed. R. Civ. P. 26(d), granting Fameco leave to conduct discovery on an expedited basis; and the Court having considered the papers submitted and the arguments of counsel, and good cause having been shown;

**IT IS** on this _____ day of _____ 2012;

**ORDERED THAT:**

1. The motion be and the same hereby is GRANTED.

2. Fameco is permitted to conduct the following discovery on an expedited basis:

    a. Take the depositions of Bennett and Spector regarding their efforts during their tenure with Fameco to show prospective tenants commercial space owned by Fameco clients; the status of pending deals they worked on while with Fameco and may be continuing to work on since their departure from Fameco; and their contacts with Fameco clients and use of Fameco proprietary information since their departure from Fameco.

    b. Serve the document demands submitted in connection with this motion, which shall be answered by _____;

    c. Serve the Interrogatories submitted in connection with this motion, which shall be answered by _____; and

    d. Serve the Requests for Admission submitted in connection with this motion, which shall be answered by _____.

3.   A copy of this Order shall be served by Greenbaum, Rowe, Smith & Davis LLP on all counsel of record within seven (7) days of receipt.

_____<br>
Hon. Tonianne J. Bongiovanni, U.S.M.J.