LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.
Monmouth Executive Center
100 Willow Brook Road, Suite 100
Freehold, NJ 07728
(732) 462-7170
Attorneys for Defendants, Tyler Bennett & Daniel Spector

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAMECO REAL ESTATE, L.P., <br><br>         Plaintiff, <br><br>     v. <br><br> TYLER BENNET, DANIEL SPECTOR, WINICK REALTY GROUP, LLC and WINICK REALTY GROUP LLC NJ, <br><br>         Defendants. | Case No. 12-CV-06102-JAP-TJB <br><br> Civil Action <br><br> **DECLARATION OF MATTHEW K. BLAINE, ESQ.** |

I, MATTHEW K. BLAINE, ESQ., of full age do hereby declare under penalty of perjury, as follows:

1.   I am an Attorney at Law of the State of New Jersey and an Associate with the Law Firm of Lomurro, Davison, Eastman & Munoz, attorneys for Defendants Tyler Bennett and Daniel Spector in this matter.  As such, I am familiar with the facts herein.

2.   This Declaration is submitted in support of the motion to dismiss the First Amended Complaint of Plaintiff, Fameco Real Estate, L.P. ("FRELP"), due to lack of subject matter jurisdiction.  Specifically, FRELP has failed to establish complete diversity of citizenship.

1

3.   Attached hereto as *Exhibit A* is a true copy of an announcement naming Jay Miller a FRELP Partner. (*See* http://www.fameco.com/Pages/NewsFiles/JayMillerBecomesPartner.htm) (last visited November 9, 2012).

4.   Attached hereto as *Exhibit B* is a true copy of Jay Miller's biography available on FRELP's website. (*See* http://www.fameco.com/Pages/PeopleFiles/bio_01.htm) (last visited November 9, 2012).

5.   Attached hereto as *Exhibit C* is a true copy of FRELP's Fall 2010/Winter 2011 newsletter, available on FRELP's website. (*See* http://www.fameco.com/documents/fameco-newsletter9-13-108pfinal.pdf) (last visited November 9, 2012).

6.   Attached hereto as *Exhibit D* is a true copy of Mercer County's public property tax records indicating that Jay Miller is a citizen of New Jersey who lives in Robbinsville, New Jersey, at 19 Buford Road.

I DECLARE under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

                                    */s/ Matthew K. Blaine*
                                    MATTHEW K. BLAINE, ESQ.
Dated:  November 9, 2012