

## JAY MILLER NAMED FAMECO PARTNER

Plymouth Meeting, PA – Fameco Real Estate is pleased to announce that Jay Miller has been named a Partner to the firm. According to Brandon Famous, Fameco's Founder and CEO, Jay has consistently been one of the firm's top producers. "He has done a tremendous job in nurturing relationships with such restaurants as Golden Corral, LongHorn Steakhouse, Bob Evans Restaurants, and Jason's Deli, among others, which has resulted in significant repeat business. The recognition as Partner is truly well deserved," said Famous.

Jay joined Fameco Real Estate after its merger with RAS Brokerage in 2005. He has worked with RAS Brokerage since 1999 and brings over 25 years of diversified real estate and financial experience to the company. Jay coordinates the growth and development plans for local, regional and national restaurant companies. He focuses on tenant representation, site selection, development, asset dispositions and leasing. Before joining RAS, Jay was Vice President, Real Estate for American Multi-Cinema, Inc. (AMC Theaters) in New Jersey. His previous real estate experience includes working as the Vice President, Director of Real Estate for the J. W. O'Connor Group/WellsPark Group in New York City and Boston and as a Regional Leasing Manager for the Cafaro Company in Ohio. Earlier in his career, he was a Senior Asset Manager at EQK Partners and a Senior Tax Consultant with Laventhol & Horwath. Jay is a graduate of Ithaca College and earned his Juris Doctorate degree from Ohio Northern University. He is an active member of the International Council of Shopping Centers, Council of Restaurant Brokers, the National Restaurant Association and the Pennsylvania Bar Association.

Fameco specializes in retailer representation, owner representation, investment sales and management services in Pennsylvania, New Jersey, Delaware and beyond. The firm is the exclusive representative for over 150 shopping centers and retail properties totaling 17 million square feet, manages more than 11 million square feet of retail space and exclusively represents more than 75 retailers expanding in the tri-state area. Fameco's Investment Sales Team has

completed transactions in excess of $1 billion.  Fameco is the ChainLinks member shareholder in the Delaware Valley. ChainLinks is the nation's largest retail-only real estate provider with 62 regional brokerage firms in the U.S. and Canada.

March 13, 2009

LIST

site contents copyright © 2002-2005 by Fameco Real Estate, LP