JayMiller_Bio

RETAILER REPRESENTATION    OWNER REPRESENTATION    MANAGEMENT SERVICES    INVESTMENT SALES

COMPANY    LISTINGS    **Fameco Real Estate**    RETAILERS    CONTACT
SERVICES    NEWS                                  PEOPLE       EMPLOYMENT

# PEOPLE

**Jay Miller** joined Fameco Real Estate, LP after its merger with RAS Brokerage in 2005. In 2009, Jay was named Partner. He has worked with RAS Brokerage since 1999 and brings over 25 years of diversified real estate and financial experience to the company. Jay coordinates the growth and development plans for local, regional and national restaurant companies and retailers. He focuses on tenant representation, site selection, development, asset dispositions and leasing. . In addition, he has successfully represented property owners and developers in both the leasing and disposition of assets ranging from power centers to community and neighborhood centers to freestanding buildings. Before joining RAS, Jay was Vice President, Real Estate for American Multi-Cinema, Inc. (AMC Theaters) in New Jersey. His previous real estate experience includes working as the Vice President, Director of Real Estate for the J. W. O'Connor Group/WellsPark Group in New York City and Boston and as a Regional Leasing Manager for the Cafaro Company in Ohio. Earlier in his career, he was an Senior Asset Manager at EQK Partners and a Senior Tax Consultant with Laventhol & Horwath. Jay is a graduate of Ithaca College and earned his Juris Doctorate degree from Ohio Northern University. He is an active member of the International Council of Shopping Centers, Council of Restaurant Brokers, the National Restaurant Association and the Pennsylvania Bar Association.

jmiller@famecoretail.com

LIST

JayMiller_Bio

site contents copyright © 2002-2005 by Fameco Real Estate, LP