Case 3:12-cv-06102-JAP-TJB   Document 7-4   Filed 11/09/12   Page 1 of 8 PageID: 192

# FAMECOVIEW



**FAMECO REAL ESTATE**

FALL 2010/WINTER 2011

## FAMECO SEES RENEWED MARKET ACTIVITY AHEAD

According to Fameco principal Brandon Famous, "…though we don't expect a full retail market recovery until 2011, all signs point to renewed activity in the marketplace. Yes, retailers are being more cautious and yes, deals do take longer to complete, but the activity is definitely there."

The market is moving in the right direction and changes come in all shapes and sizes. Long time Fameco clients like Best Buy, Ulta and Staples who had taken a more conservative stance over the past year or so are becoming more aggressive with their expansion plans. Owners like Kimco, Simon and Dividend

> *All signs point to renewed activity in the marketplace.*
> 
> - Brandon Famous
> Fameco Principal

Capital have enlisted our Owner/Landlord Representation Group to lease select properties and several investors have engaged Fameco to help them identify new investment opportunities.

New retailers are coming to the market and well positioned retail projects are being reinvigorated with new lease signings. Fameco is representing several new clients such as Freshii, Buffalo Wild Wings and MidAtlantic AAA. At The Village at Valley Forge in King of Prussia, PA, Wegmans signed a new lease for a 140,000 square foot store, and the ownership of Marple Crossroads in Springfield, PA just inked a 114,000 square foot Walmart lease.

In anticipation of the market's rebound, Fameco continues to hire new salespeople and staff to support its growth. We are optimistic that the retail real estate market will see improvement in 2011 and beyond.

### IN THIS ISSUE

Central/Northern New Jersey Office……………………2
Owner/Landlord Representation..……………..............3
Retailer Representation..…………………….............4, 5
Management Services..…………………………...........6
Investment Sales..……………………………..............7
Fameco News..…………………………………............8

## FIVE BELOW INKS LEASE FOR 50TH AREA LOCATION



Philadelphia-based retailer Five Below has signed a lease for a new store in Phillipsburg, New Jersey. This will be the company's 50th store completed by Fameco in the Delaware Valley.

Five Below is the leading retailer of brand-name, trend-right, extreme-value merchandise to the teen and pre-teen market, all priced from $1 to $5.

The chain was founded eight years ago by David Schlessinger – founder of Encore Books and Zany Brainy – and Tom Vellios, former CEO of Zany Brainy.

In early 2002 Five Below chose Brandon Famous, principal at Fameco, to assist with its first store in Gateway Shopping Center in Wayne, PA. Two years later,

*Continued on Page 4*



# CENTRAL/NORTHERN NEW JERSEY OFFICE

## NJ OFFICE CONTINUES INCREDIBLE GROWTH

In mid 2008 Fameco opened an office in Woodbridge, New Jersey to better serve its existing client base and grow its presence in central and northern New Jersey. Just two years later, the growth has been nothing short of astounding. With this office Fameco's market coverage encompasses the entire state of New Jersey.

The office is home to six salespeople. They have successfully secured more than six million square feet in high-profile leasing assignments for some of the region's most prominent new developments, including Catellus' 625,000 square foot Teterboro Landing in Teterboro, New Jersey and O'Neill Properties' 425 acre, mixed use project in Sayreville, New Jersey. In addition, the New Jersey Team represents some of the most prominent national and regional retailers, including Walmart, Staples, Darden Restaurants, Chipotle and Aldi.

Fameco principal Brandon Famous said, "we have successfully turned several Delaware Valley retailer assignments into regional ones covering central and northern New Jersey." Fameco principal Jeff Cohen added, "I am pleased with what we have accomplished in just two years. We've gained significant traction here and are emerging as a leading player in the region."



**OUR CENTRAL/NORTHERN NEW JERSEY OFFICE REPRESENTS THESE RESPECTED RETAILERS**



**TETERBORO LANDING, TETERBORO, NJ - 625,000 SF**



**THE LANDING AT THE POINT, SAYREVILLE, NJ - 650,000 SF**

# OWNER/LANDLORD REPRESENTATION

## MARKET KNOWLEDGE AND STRONG RELATIONSHIPS HELP DIVISION GROW

Fameco's Owner/Landlord Representation Group continues to expand, according to group leader and Fameco principal Adam Kohler. "The challenging leasing environment has resulted in more assignments from national and institutional owners and REITs, as well as many local owners. We are finding that owners and developers are looking to Fameco because of our local market knowledge, our hands-on approach and our strong relationships with retailers."

The leasing portfolio now stands at more than 17 million square feet and is comprised of a diverse mix of more than 200 properties including power centers, regional centers, neighborhood centers, enclosed malls, freestanding buildings and land parcels.


**CENTERTON SQUARE, MT. LAUREL, NJ - 720,217 SF**


**MARPLE CROSSROADS, SPRINGFIELD, PA - 450,000 SF**

## JULIE TANPITUKPONG APPOINTED TO MULTICULTURAL AFFAIRS CONGRESS

Fameco's Julie Tanpitukpong has been appointed to the Philadelphia Multicultural Affairs Congress ("MAC"), a division of the Philadelphia Convention & Visitors Bureau.


*Julie Tanpitukpong*

"We are thrilled for Julie," explained Fameco principal Jon Kushner. "Julie is one of our up and coming salespeople. She has worked tirelessly to make new contacts and develop new relationships. This appointment is testament to that fact. Her efforts have positively impacted the community at large and in the process she has created a niche for herself among minority and women owned businesses that has resulted in several new assignments."

MAC was founded to help attract more multicultural visitors to Philadelphia; both for tourism and conventions. MAC's goal is to promote Philadelphia as an ethnically diverse destination through its support of ethnic neighborhoods, their histories and initiatives.

One year ago Tanpitukpong masterminded a networking event, Connect to Advance, in an effort to bring professionals of diverse cultures together to network, share ideas, and create strategic alliances. The event was a success and two more have followed. A percentage of proceeds from these events benefit non-profit organizations in the greater Philadelphia region. According to Tanpitukpong, "Connect to Advance has partnered with MAC and 15 other organizations. Now, our combined resources can have an even greater impact on the region and its multicultural constituents."


**LINCOLN PLAZA, LANGHORNE, PA - 269,311 SF**

# RETAILER REPRESENTATION

## FAMECO SPICES UP CHIPOTLE EXPANSION

For four years Chipotle Mexican Grill and Fameco have worked together as successfully as salsa and chips. And the pairing shows no sign of cooling off. During this period, Fameco principal Rick Schuch and senior director Gary Leone were instrumental in the Denver-based chain opening 11 locations in the Delaware Valley.



In 2008 Chipotle set its sights on establishing a presence in central and northern New Jersey. Not surprisingly, it asked Fameco to help. The chain already had a positive track record with the firm and it knew Fameco's expertise in that region was unmatched.

Fameco director Perry GraBois was chosen to spearhead Chipotle's foray into central and northern New Jersey. Today, the retailer has already opened eight stores in the region.

According to Chipotle's real estate manager, consistency is key to the team's success. "Fameco's seamless service from one

> " *Fameco's seamless service from one office to the next is unmatched.* "
>
> - Chipotle Real Estate Manager

office to the next is unmatched. Their salespeople are knowledgeable, their work product is consistently first-rate and I know no stone will go unturned in pursuit of a deal."

Founded in Denver in 1993, Chipotle is currently hotter than a jalapeno. It reported an impressive 31 percent profit increase for the second quarter of 2010. The chain also opened 25 new restaurants during that period, including its 1,000th location and its first restaurant in London.

## SALLY BEAUTY CONTINUES DELAWARE VALLEY GROWTH

The world's largest retailer of professional beauty supplies relies on Fameco to find attractive locations.

Sally Beauty wanted an aggressive store rollout campaign in the Delaware Valley. In 2006 the chain tapped Fameco senior director Gary Leone and Jim Creed for representation. Since then, a dozen leases have been signed.



In 2009 Sally Beauty purchased Schoeneman Beauty Supply and renamed it CosmoProf. The parent company selected Fameco to oversee an expansion program for its new 43-unit aquisition. CosmoProf expects to open up to 40 stores in the Delaware Valley market.

Sally Beauty will also continue to grow, opening more locations in select area markets. Founded in 1964, it recently opened its 4,000th corporately-owned store.

### FIVE BELOW *Continued from Page 1*

Fameco principal Rick Schuch joined Famous in working with the retailer.

"Five Below chose Fameco because of its vast experience with new-store rollouts and their extensive relationships with the Delaware Valley landlords," explained Schlessinger. "We attribute much of our aggressive store growth in this market to the outstanding job Fameco has done in identifying the optimal markets and locations for our stores."

By the end of 2010, Five Below will have more than 140 stores in 14 states. Five Below is on an aggressive store-growth plan to double in size over the next two years

# RETAILER REPRESENTATION



## DRESS BARN TAPS FAMECO AS TENANT REPRESENTATIVE

Apparel retail giant Dress Barn recently appointed Fameco as its exclusive tenant representative in the Delaware Valley. Fameco associate John Krause is spearheading the account.

The retailer requires 7,000-8,000 square feet – preferably in power centers, regional and community centers and outlet centers. Preferred co-tenants are discount department stores, supermarkets, fashion anchors or other soft goods retailers.

Started in 1962 in Stamford, CT by Roslyn and Elliot Jaffe, Dress Barn has become one of the nation's largest specialty women's clothing retailers. It operates over 830 stores in 47 states, providing its own private labels and contemporary brands at a great value.

## FAMECO WELCOMES THESE NEW RETAILER ASSIGNMENTS



## ORKIN SEES RESURGENCE IN RESTAURANT BUSINESS



Fameco principal David Orkin leads RAS Brokerage, the company's restaurant division. He sees a reawakening in that industry.

"I've seen a resurgence of deal making from many of the national chains," Orkin observed. "In 2008 and early 2009, my clients were a little reticent to do deals."

*David Orkin*

The reason? Gas prices reaching $4 a gallon hit consumers in their wallets while at the same time restaurants experienced the trifecta of increased food cost, increased transportation cost and increased construction cost. Profitability suffered and casual-theme restaurant development came to a virtual standstill. However, Orkin sees the tide turning. He said a slower economy has reduced many of the costs that led to the slowdown. "Growth is definitely picking up steam, but the restaurants are moving cautiously and exerting a great deal of discipline."

RAS represents a host of venerable chains including Darden Restaurants (Longhorn Steakhouse, Red Lobster, Olive Garden, Bahama Breeze, The Capital Grille and Seasons 52), PF Chang's, Buffalo Wild Wings and Cracker Barrel. Each is pursuing new opportunities in the Delaware Valley and central and northern New Jersey.

Fameco principal Jay Miller notes that independent restaurants are also in expansion mode. His clients, most with private money, stayed on the sidelines for the past two years. Now they seek new opportunities and are buying out existing restaurants for their new concepts.

Fameco has also seen a significant uptick in the restaurant disposition business. RAS represents a host of former restaurant operators and financial institutions in the disposition of certain locations including Charlie Brown's, Don Pablo's, KFC and Bob Evans, plus independent restaurateurs throughout the tri-state area.

**RAS BROKERAGE**

## FAMECO COMPLETES 47TH PANERA DEAL IN REGION



With the recent opening of the new Panera Bread at Courtside Square, King of Prussia, PA, Fameco has now worked with Panera Bread to open 47 stores in the region. Fameco and Panera continue to work together to add to the 47 store base in southeastern Pennsylvania.

# MANAGEMENT SERVICES

## PROPERTY MANAGEMENT PORTFOLIO EXCEEDS 11 MILLION SF

Directed by Larry Zipf, president of Fameco Management Services (FMS), the FMS property management portfolio recently passed the 11 million square foot mark. "I attribute much of our success and growth to our thorough and proactive approach to property management. Our management team is hands on; we keep our owners informed and work diligently to maintain open lines of communication with both the tenants and the leasing agents", explained Zipf.


*Larry Zipf*

In 2005 the FMS portfolio stood at three million square feet. In each of the past five consecutive years, FMS has been recognized by Chain Store Age as the one of the top five fastest growing third party management companies nationally. In the most recent ranking, Fameco ranked number three.

The FMS portfolio contains more than 80 properties throughout Pennsylvania, New Jersey, Delaware, Maryland and New York.

Asset management assignments are national in scope. The portfolio includes supermarket-anchored community centers, regional power centers, malls and free standing locations.



| | |
|---|---|
| Square Feet Under Management | 11.3 Million |
| # of Properties | 83 |
| Asset Value Under Management | $2 Billion |
| Client Base | 48 |
| Fameco Management Staff | 26 |
| Geographic Coverage | National |
| Service Lines | Full Service Property Management, Asset Management, Due Diligence Services and Distressed Asset Consulting |

## DISTRESSED ASSET GROUP OFFERS TARGETED SERVICES

In response to today's financial and credit environment, Fameco has formed a Distressed Asset Group. Led by general counsel Jonathan Rome, the group is supported by a talented team from our Property Management, Investment Sales and Owner/Landlord Representation Groups.

The Distressed Asset Group provides targeted brokerage and management services to owners of challenged retail and mixed-use properties. It provides services to assist clients in repositioning, workouts, valuations and stabilization/maximization strategies for underperforming and distressed retail real estate assets. With a full service platform, property management and third-party leasing services are also offered.

Current assignments include properties controlled by major financial institutions, regional banks and special servicers. It's prepared to assist lenders, attorneys, buyers and sellers as they continue to pursue distressed asset disposition, stabilization of troubled assets (including leasing, property management and receivership services) and the acquisition of underperforming assets.

The group is positioned to create value-enhancing and value-


*Jonathan Rome*

recovery strategies for clients. It can tap into an unparalleled market and tenant knowledge and decades of experience in developing, leasing and managing retail properties. These properties are primarily focused in the mid-Atlantic region, but they extend throughout the country.

Rome and his team are actively working on a host of projects and expect to see increased activity over the next 18 months.

### DISPOSITION CLIENTS

Whether excess property, store relocation or downsizing, Fameco works on behalf of owners and retailers to help them dispose of their excess real estate assets. Numerous national, regional and local retailers have asked Fameco to assist them with their disposition needs. Our clients are diverse and include banks, grocers, home improvement stores, office superstores, video stores, restaurants and discount department stores.

# INVESTMENT SALES

## INVESTMENT SALES TEAM POISED FOR MARKET TURNAROUND

Under the direction of Fameco principal John Fasciano, the Investment Sales Team of seven salespeople is currently marketing a diverse mix of properties throughout Pennsylvania, New Jersey, Delaware and New York.

"I'm enthusiastic about the future of our team," said Fasciano. "We've spent the better part of the past year or so laying the ground work for what will inevitably be a market turnaround. We feel well positioned to serve the pent up demand to buy and sell that is starting to hit the market."

The team is currently marketing, among others, one of northern New Jersey's dominant lifestyle centers, two centers on behalf of a national REIT, as well as several net lease opportunities. In addition, the group also represents several well capitalized buyers with specific requirements. According to Fasciano, "we combine local expertise with national exposure and an unmatched commitment to exceed expectations."

The Investment Sales Team has completed more than $1 billion in transactions over the past several years.



**STREETS OF CHESTER, CHESTER, NJ - 104,682 SF**



**LA FITNESS, EASTON, PA - 37,923 SF**



**DELRAN SHOPPING CENTER, DELRAN, NEW JERSEY - 171,449 SF**



**THE SHOPPES AT CROSSROADS, STROUDSBURG, PA – 133,323 SF**

# FAMECONEWS

## FAMECO IS COMMITTED TO BRAND EXCELLENCE

Fameco is committed to maintaining its *Brand Excellence* in the market. To us, that means providing our clients with a level of service, integrity and expertise unsurpassed in the industry. These simple fundamentals have led to many long-term relationships and mutual success for both our clients and our firm.

Despite the challenges presented by today's changing market dynamics, Fameco has continued its pattern of growth. By now you've probably read some examples of our expansion in this publication. This growth and the recognition we received has been gratifying; however, we are not resting on our laurels. We remain focused on all that is important to our clients, and we're grateful for each one of them – from the 1,200 square-foot retailer to the shopping center owner.

If you're one of those clients, thank you for allowing Fameco to serve your real estate needs. If you're a prospective client, please contact us to learn more about how the Fameco professionals can start working for you.

If you have any suggestions about how we can improve our services, please feel free to contact me or anyone listed below.

Very truly yours,
Michael Levin, *Chief Operating Officer*  mlevin@famecoretail.com

Jeff Cohen, *Principal*  jcohen@famecoretail.com
Brandon Famous, *Principal*  bfamous@famecoretail.com
John Fasciano, *Principal*  jfasciano@famecoretail.com
Adam Kohler, *Principal*  akohler@famecoretail.com
Jon Kushner, *Principal*  jkushner@famecoretail.com
Jay Miller, *Principal*  jmiller@rasbrokerage.com
Steve O'Malley, *Principal*  somalley@famecoretail.com
David Orkin, *Principal*  orkin@rasbrokerage.com
Jonathan Rome, *General Counsel*  jrome@famecoretail.com
Rick Schuch, *Principal*  rschuch@famecoretail.com

### FAMECO INDUSTRY ACCOLADES

**Chain Store Age**
Top 5 Fastest-Growing Third-Party Management
Companies Nationally – 2009, 2008, 2007, 2006, 2005

**Philadelphia Business Journal**
Top Brokerage Firms – 2009, 2008, 2007, 2006
Best New Development Deal – 2009, 2006

**MidAtlantic Real Estate Journal**
Best Retail Lease – 2009, 2008, 2007, 2006
Best Retail Sale – 2008, 2007, 2005
Top Broker – 2008
Best Property Manager – 2009, 2008, 2007, 2006
Best Attorney – 2009, 2008
Best Place To Work – 2009, 2008, 2007, 2006

**CoStar Group**
Philadelphia Power Broker – Sales 2009
Philadelphia Power Broker – Leasing 2009

## FAMECO GRAPHICS TEAM CREATES SUPERIOR MARKETING MATERIALS


*Melissa Szivos*

Led by Melissa Szivos, Fameco's in-house Graphics Team prepares best-in-class, cutting-edge marketing materials. These include thematic maps, market aerials, property brochures, retailer brochures, electronic marketing communiqués, customized consumer/competitor profile maps and critical presentation pieces.

Working in tandem with our Sales Team, Fameco equips clients with a comprehensive arsenal of technological tools. These allow us to effectively identify key market and demographic drivers, analyze market opportunities and recommend the best marketing strategies for our clients. Fameco prides itself on the expertise of its four-person Graphics Team. At times Fameco outsources the services of its Graphics Team to select retail and landlord clients. The work of our Graphics Team continually receives praise from clients. We strive to maintain the most current demographic and mapping programs while always looking for innovative ways to present these materials.

### FAMECO GIVING BACK

Fameco is committed to being socially responsible. One of our highest priorities is giving back to the community through contributions and volunteer work. Some of the causes important to our team include:

Arthur Ashe Youth Tennis and Education
Baptist Children's Service Summer Fun Drive
Comcast Spectacor Foundation
Gary Papa Run/Walk to Benefit Prostate Cancer
Kids Helping Schools
Leukemia & Lymphoma Society
Make A Wish Foundation
Philabundance Food Drive
School House Lane Home for Girls Remodel
Susan G. Komen 3-Day for the Cure
Toys for Tots Holiday Drive
Walk with Me for Easter Seals

**Want to be added to our mailing list for *Aerial View*,
our weekly real estate news summary?
Just email your request to** dweinberg@famecoretail.com



**www.famecoretail.com**

633 West Germantown Pike
Suite 200
Plymouth Meeting, PA 19462
610.834.8000

555 US Highway 1 South
Suite 400
Iselin, NJ 08830
732.526.9100