```
                            PROPERTY INFORMATION

           State: NEW JERSEY   County: MERCER   Municipality: ROBBINSVILLE TWP
                            Block: 25.06 Lot: 2.16

Property Information:
 Street Address: 19 BUFORD ROAD
 Owner Name: MILLER JAY & WENDY
 Mailing Address: 19 BUFORD ROAD, TRENTON, NJ 08691
 Block: 25.06              Lot: 2.16

Assessment Data:
 Land Value:       $       226,400     Tax Year: 12/31/2010
 Improvement:      $       381,200     Taxes:    $ 15,105 Estimated
 Total Value:      $       607,600     Tax Dist.:  F01 A01

*Property Use:
 Residential CORNELL (F)
 *Not to be used to determine "residential use" for the purposes of
 P.L. 2004, c. 66, section 8.

Transfer Data:
 Sale Price: $ 725000
 Book / Page: 05884 / 00272

Miscellaneous Data:
 Community Number: 12        Map: 1104
 Lot Size: .58AC
```