LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.
Monmouth Executive Center
100 Willow Brook Road, Suite 100
Freehold, NJ 07728
(732) 462-7170
Attorneys for Defendants, Tyler Bennett & Daniel Spector

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAMECO REAL ESTATE, L.P.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYLER BENNET, DANIEL SPECTOR,<br>WINICK REALTY GROUP, LLC and<br>WINICK REALTY GROUP LLC NJ,<br><br>　　　　　Defendants. | Case No. 12-CV-06102-JAP-TJB<br><br>Civil Action<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT DUE TO LACK OF SUBJECT MATTER JURISDICTION** |

**THIS MATTER**, having been opened to the Court by Lomurro, Davison, Eastman & Munoz, P.A., attorneys for Defendants Tyler Bennett and Daniel Spector, with Matthew K. Blaine, Esq. appearing, by Motion to dismiss Plaintiff's First Amended Complaint due to lack of subject matter jurisdiction, and upon the submissions of the parties, and for good cause shown;

**IT IS** on this _____ day of December, 2012

**OREDERED** that the Motion to Dismiss filed by Defendants Tyler Bennett and Daniel Spector is hereby granted;

**IT IS FURTHER ORDERED** that the First Amended Complaint of Plaintiff, Fameco Real Estate, L.P., is hereby dismissed with prejudice.

							_____
							Hon. Joel A. Pisano, U.S.D.J.