LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.
Monmouth Executive Center
100 Willow Brook Road, Suite 100
Freehold, NJ 07728
(732) 462-7170
Attorneys for Defendants, Tyler Bennett & Daniel Spector

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAMECO REAL ESTATE, L.P.,<br><br>  Plaintiff,<br><br>  v.<br><br>TYLER BENNET, DANIEL SPECTOR,<br>WINICK REALTY GROUP, LLC and<br>WINICK REALTY GROUP LLC NJ,<br><br>  Defendants. | Case No. 12-CV-06102-JAP-TJB<br><br>Civil Action<br><br>**CERTIFICATION OF SERVICE** |

   I, MATTHEW K. BLAINE, of full age, do hereby declare under penalty of perjury:

   1. I am an associate in the law firm of Lomurro, Davison, Eastman & Munoz, P.A., attorneys for Defendants, Tyler Bennett and Daniel Spector, in the above-captioned matter.

   2. I caused to be filed with the Clerk of the United States Court, District of New Jersey, Newark, New Jersey, via electronic filing, a Notice of Motion to Dismiss due to lack of subject matter jurisdiction, supporting Declaration, Brief and proposed Order. Copies of same were sent to all parties listed below by electronic or regular mail.

```
     Eric Tunis, Esq.
     Greenbaum, Rowe, Smith & Davis
     Metro Corporate Campus One
     P.O. Box 5600
     Woodbridge, NJ 07095-0988
```

                                    */s/ Matthew K. Blaine*
                                    MATTHEW K. BLAINE

Dated: November 9, 2012