```
LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.
Monmouth Executive Center
100 Willow Brook Road, Suite 100
Freehold, NJ 07728
(732) 462-7170
Attorneys for Defendants, Tyler Bennett & Daniel Spector
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAMECO REAL ESTATE, L.P.,<br><br>             Plaintiff,<br><br>       v.<br><br>TYLER BENNET, DANIEL SPECTOR,<br>WINICK REALTY GROUP, LLC and<br>WINICK REALTY GROUP LLC NJ,<br><br>             Defendants. | Case No. 12-CV-06102-JAP-TJB<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance for Defendants, Tyler Bennett and Daniel Spector, and request that all notices to be given or required to be served in this case be given and served upon the following:

```
James M. McGovern, Jr., Esq.
LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.
Monmouth Executive Center
100 Willow Brook Road, Suite 100
Freehold, NJ 07728
jmcgovern@lomurrolaw.com


Tel: (732) 462-7170
Fax: (732) 462-8955
```

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, orders, applications, motions,

petitions, pleadings, legal memoranda, or demands, letters or correspondence transmitted or conveyed by electronic filing, mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise, which pertain to the above-captioned action.

                                  LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.
                                  Attorneys for Tyler Bennett and Daniel Spector

                                  */s/ JAMES M. McGOVERN, JR., ESQ.*
                                  JAMES M. McGOVERN, JR. Esq.

Dated: November 9, 2012