# Greenbaum Rowe Smith & Davis LLP

## COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600  FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ERIC TUNIS
(732) 476-2676 - DIRECT DIAL
(732) 476-2677 - DIRECT FAX
ETUNIS@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

November 28, 2012

**VIA FACSIMILE**

The Honorable Tonnianne J. Bongiovanni
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  Fameco Real Estate, L.P. v. Tyler Bennett and Daniel Spector
     Civil Action No. 12-06102

Dear Judge Bongiovanni:

This firm represents plaintiff Fameco Real Estate, L.P. ("Fameco") in the above referenced action. This letter is submitted to confirm that a Rule 16 conference will be held in this matter on December 19, 2012 at 1:00 p.m. and that the parties will file a joint discovery plan no later than the close of business on December 11, 2012.

Respectfully submitted,

Eric Tunis

cc:  Matthew Blaine, Esq. (via email only)

So Ordered this _____ day of November, 20__