Ernest E. Badway, Esq.
Amy C. Purcell, Esq.
**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway
Suite 201
Roseland, NJ 07068-1600
(973) 992-4800
(973) 992-9125 (fax)
*Attorneys for Plaintiff*
*Fameco Real Estate, L.P.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| FAMECO REAL ESTATE, L.P., | |
| Plaintiff, | Civil Action No. 3:12-cv-06102 (JAP)(TJB) |
| v. | |
| TYLER BENNETT, DANIEL SPECTOR, WINICK REALTY GROUP LLC, and WINICK REALTY GROUP LLC NJ | **SUBSTITUTION OF COUNSEL** *Filed Electronically* |
| Defendants. | |

The undersigned counsel hereby consent to the substitution of Fox Rothschild LLP in place of Greenbaum, Rowe, Smith & Davis LLP, as counsel of record for plaintiff, Fameco Real Estate, L.P., in the above-referenced case.

*Withdrawing Counsel:*

  /s/ Eric Tunis, Esq.
Eric Tunis, Esq.
Greenbaum, Rowe, Smith & Davis LLP
99 Wood Avenue South
Iselin, NJ 08830
Tel.: (732) 549-5600
Fax: (732) 549-1881
Email: etunis@greenbaumlaw.com

Dated: December 12, 2012

*Superseding Counsel:*

  /s/ Ernest E. Badway, Esq.
Ernest E. Badway, Esq.
Amy C. Purcell, Esq.
Fox Rothschild LLP
75 Eisenhower Parkway
Suite 201
Roseland, NJ 07068-1600
Tel: (973) 992-4800
Fax: (973) 992-9125
Email: ebadway@foxrothschild.com
Email:  apurcell@foxrothschild.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| FAMECO REAL ESTATE, L.P., | Civil Action No. 3:12-cv-06102 (JAP)(TJB) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| TYLER BENNETT, DANIEL SPECTOR, WINICK REALTY GROUP LLC, and WINICK REALTY GROUP LLC NJ | *Filed Electronically* |
| Defendants. | |

I hereby certify that a true and correct copy of the foregoing substitution of counsel was

served this day via the Court's electronic filing system as follows:

Eric Tunis, Esq.
Greenbaum, Rowe, Smith & Davis LLP
99 Wood Avenue South
Iselin, NJ 08830

James M. McGovern, Esq.
Matthew K. Blaine, Esq.
Lomurro, Davison, Eastman & Munoz, PA
100 Willowbrook Road, Building 1
Freehold, NJ 07728

/s/ Ernest E. Badway
ERNEST E. BADWAY

Dated:  December 12, 2012