Ernest E. Badway, Esq.
Amy C. Purcell, Esq.
**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway
Suite 201
Roseland, NJ 07068-1600
(973) 992-4800
(973) 992-9125 (fax)
*Attorneys for Plaintiff*
*Fameco Real Estate, L.P.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| FAMECO REAL ESTATE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TYLER BENNETT, DANIEL SPECTOR, WINICK REALTY GROUP LLC, and WINICK REALTY GROUP LLC NJ <br><br> Defendants. | Civil Action No. 3:12-cv-06102 (JAP)(TJB) <br><br> **NOTICE OF APPEARANCE** <br><br> *Filed Electronically* |

TO THE CLERK OF COURT:

Kindly enter the appearance of Ernest E. Badway, Esquire on behalf of plaintiff, Fameco

Real Estate, L.P., in the above-captioned proceedings.

/s/ Ernest E. Badway, Esq.
Ernest E. Badway, Esq.
Fox Rothschild LLP
75 Eisenhower Parkway
Suite 201
Roseland, NJ 07068-1600
Tel: (973) 992-4800
Fax: (973) 992-9125
Email:ebadway@foxrothschild.com

Dated:  December 12, 2012

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

FAMECO REAL ESTATE, L.P.,

             Plaintiff,

    v.

TYLER BENNETT, DANIEL SPECTOR,
WINICK REALTY GROUP LLC, and
WINICK REALTY GROUP LLC NJ

             Defendants.

Civil Action No. 3:12-cv-06102
(JAP)(TJB)

**CERTIFICATE OF SERVICE**

*Filed Electronically*

I hereby certify that a true and correct copy of the foregoing notice of appearance was served this day via the Court's electronic filing system as follows:

> James M. McGovern, Esq.
> Matthew K. Blaine, Esq.
> Lomurro, Davison, Eastman & Munoz, PA
> 100 Willowbrook Road, Building 1
> Freehold, NJ 07728
>
> *Attorneys for Defendants*
> *Tyler Bennett and Daniel Spector*

                     /s/  Ernest E. Badway
                     ERNEST E. BADWAY

Dated:  December 12, 2012