Ernest E. Badway, Esq.
Amy C. Purcell, Esq.
**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway
Suite 201
Roseland, NJ 07068-1600
(973) 992-4800
(973) 992-9125 (fax)
*Attorneys for Plaintiff*
*Fameco Real Estate, L.P.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| FAMECO REAL ESTATE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TYLER BENNETT, DANIEL SPECTOR, WINICK REALTY GROUP LLC, and WINICK REALTY GROUP LLC NJ <br><br> Defendants. | Civil Action No. 3:12-cv-06102 (JAP)(TJB) <br><br> **NOTICE OF APPEARANCE** <br><br> *Filed Electronically* |

TO THE CLERK OF COURT:

    Kindly enter the appearance of Amy C. Purcell, Esquire on behalf of plaintiff, Fameco Real Estate, L.P., in the above-captioned proceedings.

                                     /s/ Amy C. Purcell, Esq.
                                     Amy C. Purcell, Esq.
                                     Fox Rothschild LLP
                                     75 Eisenhower Parkway
                                     Suite 201
                                     Roseland, NJ 07068-1600
                                     Tel: (973) 992-4800
                                     Fax: (973) 992-9125
Dated: December 12, 2012                 Email:apurcell@foxrothschild.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| FAMECO REAL ESTATE, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER BENNETT, DANIEL SPECTOR,<br>WINICK REALTY GROUP LLC, and<br>WINICK REALTY GROUP LLC NJ<br><br>    Defendants. | Civil Action No. 3:12-cv-06102<br>(JAP)(TJB)<br><br>**CERTIFICATE OF SERVICE**<br><br>*Filed Electronically* |

  I hereby certify that a true and correct copy of the foregoing notice of appearance was served this day via the Court's electronic filing system as follows:

    James M. McGovern, Esq.
    Matthew K. Blaine, Esq.
    Lomurro, Davison, Eastman & Munoz, PA
    100 Willowbrook Road, Building 1
    Freehold, NJ 07728

    *Attorneys for Defendants*
    *Tyler Bennett and Daniel Spector*

          /s/ Amy C. Purcell
          AMY C. PURCELL

Dated: December 12, 2012