Kenneth K. Lehn, Esq.
**WINNE, BANTA, HETHERINGTON,**
**BASRALIAN & KAHN, P.C.**
Court Plaza South
21 Main Street, Suite 101
Hackensack, New Jersey 07601
(201) 487-3800
*Attorneys for Defendants,*
*Winick Realty Group LLC*
*and Winick Realty Group NJ, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAMECO REAL ESTATE, L.P., | Civil Action No. 3:12-cv-06102 (JAP) (TJB) |
| Plaintiff, | Civil Action |
| v. | |
| TYLER BENNETT, DANIEL SPECTOR, WINICK REALTY GROUP LLC and WINICK REALTY GROUP LLC NJ, | **NOTICE OF APPEARANCE** |
| Defendants. | |

The undersigned hereby enters his appearance on behalf of defendants, Winick Realty Group LLC and Winick Realty Group NJ, LLC (improperly named as Winick Realty Group LLC NJ), in the above-captioned matter.

          **WINNE, BANTA, HETHERINGTON,**
          **BASRALIAN & KAHN, P.C.**
          *Attorney for Defendants*
          *Winick Realty Group LLC and*
          *Winick Realty Group NJ, LLC*

          *s/ Kenneth K. Lehn*
          Kenneth K. Lehn

Dated: December 18, 2012

182594_1