# WINNE, BANTA, HETHERINGTON, BASRALIAN & KAHN, P.C. COUNSELLORS AT LAW

ESTABLISHED 1922

| | | |
|---|---|---|
| **COURT PLAZA SOUTH – EAST WING**<br>**21 MAIN STREET, SUITE 101**<br>**P.O. BOX 647**<br>**HACKENSACK, NJ 07601-0647**<br>(201) 487-3800<br>FACSIMILE (201) 487-8529<br>(201) 525-9460<br><br>www.winnebanta.com<br><br>**NEW YORK OFFICE**<br>570 LEXINGTON AVENUE, 26th Floor<br>NEW YORK, NEW YORK 10022<br>(212) 644-1710<br><br>**WASHINGTON, D.C. OFFICE**<br>1730 M STREET, SUITE 200<br>WASHINGTON, D.C. 20036-4530<br>(202) 296-5113<br><br>**FLORIDA OFFICE**<br>2255 GLADES ROAD, SUITE 324 ATRIUM<br>BOCA RATON, FLORIDA 33496<br>(561) 482-0680 | JOSEPH L. BASRALIAN +<br>ROBERT M. JACOBS<br>GERALD GOLDMAN +<br>GARY S. REDISH +<br>RICHARD R. KAHN +<br>KENNETH K. LEHN ƒ<br>ROBERT J. KLEEBLATT<br>RONALD M. ABRAMSON<br>MARTIN J. DEVER, JR. + *<br>THOMAS J. CANGIALOSI, JR. +<br>CAROLYN GERACI FROME<br>BRUCE R. ROSENBERG<br>SCOTT K. McCLAIN ρ<br>EDWARD P. D'ALESSIO + x<br>RICHARD D. WOLLOCH +<br>MICHAEL G. STINGONE ρ<br>SHARON REIDER BABB +<br>CHRISTINE R. SMITH<br>R.N. TENDAI RICHARDS<br>IAN S. KLEEBLATT<br>THOMAS R. McCONNELL<br>ROMAN VACCARI ρ +<br>LORI A. JOHNSON<br>MICHAEL J. COHEN +<br>MELISSA A. TERRANOVA +<br>JOSEPH M. VIGLIOTTI<br>JASON L. LIBOU + | PETER G. BANTA +<br>MARK E. LICHTBLAU +<br>ALICE B. NEWMAN + ■<br>FRANK J. FRANZINO, JR. +<br>COUNSEL TO THE FIRM<br><br>ROBERT A. HETHERINGTON III (RET)<br>ARTHUR J. SIMPSON, JR. + Δ (RET)<br>MATTHEW COHEN + (RET)<br>WALTER G. WINNE (1889-1972)<br>HORACE F. BANTA (1895-1985)<br>BRUCE F. BANTA (1932-1983)<br><br>ƒ CERTIFIED BY THE SUPREME COURT OF<br>   NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>+ MEMBER NEW YORK BAR ALSO<br>* MEMBER CONNECTICUT BAR ALSO<br>ρ MEMBER PENNSYLVANIA BAR ALSO<br>x MEMBER WASHINGTON, D.C. BAR ALSO<br>Δ CPA (NJ)<br>■ MEMBER FLORIDA BAR ALSO |

Email address: klehn@winnebanta.com
Direct Dial: (201) 562-1090

December 18, 2012

Honorable Joel A. Pisano, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

   Re: Fameco Real Estate L.P. vs. Bennett, et al.
     Civil Action No. 12-06012 (JAP)

Dear Judge Pisano:

  Defendants Winick Realty Group NJ, LLC (improperly named as Winick Realty Group LLC NJ), and Winick Realty Group LLC were served on December 6, 2012 and December 10, 2012, respectively. They hereby join in the pending motion by co-defendants Bennett and Spector to dismiss for lack of subject matter jurisdiction because of a lack of complete diversity of citizenship (see Dkt No. 7). The same facts and arguments raised by the movants would also defeat diversity jurisdiction with respect to the Winick defendants. Should the Court have any questions or require anything further in connection with this motion, please do not hesitate to contact me.

          Respectfully yours,

          *s/ Kenneth K. Lehn*
          Kenneth K. Lehn

KKL/ft
cc: All counsel of Record (Via CMECF)

182601_1

**Celebrating Our 90th Anniversary 1922-2012**